# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re: COTTRELL, DOUGLAS E     § Case No. 11-37929
      COTTRELL, DEBRA A     §
                                    §

Debtor(s)     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    PAUL W. BUCHER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $173,153.97     Assets Exempt: $29,014.58
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,015.11     Claims Discharged
                                                            Without Payment: $67,854.61

Total Expenses of Administration: $1,619.28

---

    3) Total gross receipts of $ 8,634.39 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,634.39 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $173,438.09 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,619.28 | 1,619.28 | 1,619.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 74,912.28 | 33,182.50 | 33,182.50 | 7,015.11 |
| **TOTAL DISBURSEMENTS** | $248,350.37 | $34,801.78 | $34,801.78 | $8,634.39 |

4) This case was originally filed under Chapter 7 on December 27, 2011. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/12/2013            By: /s/PAUL W. BUCHER, TRUSTEE
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/4 interest in mother's estate. | 1129-000 | 8,634.39 |
| **TOTAL GROSS RECEIPTS** | | **$8,634.39** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Aurora Bank | 4110-000 | 129,911.55 | N/A | N/A | 0.00 |
| NOTFILED | CitiMortgage | 4110-000 | 30,863.98 | N/A | N/A | 0.00 |
| NOTFILED | Ally | 4110-000 | 12,662.56 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$173,438.09** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DUNLAP & SEEGER, P.A. | 2100-000 | N/A | 1,613.44 | 1,613.44 | 1,613.44 |
| DUNLAP & SEEGER, P.A. | 2200-000 | N/A | 5.84 | 5.84 | 5.84 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$1,619.28** | **$1,619.28** | **$1,619.28** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 10,940.43 | 10,940.43 | 10,940.43 | 2,312.92 |
| 2 | Discover Bank | 7100-000 | 3,706.97 | 3,687.73 | 3,687.73 | 779.62 |
| 3 | US Bank N.A. | 7100-000 | 16,600.53 | 16,600.53 | 16,600.53 | 3,509.52 |
| 4 | eCast Settlement Corporation | 7100-000 | 1,977.13 | 1,953.81 | 1,953.81 | 413.05 |
| NOTFILED | Mankato Clinic/Endoscopy Center | 7100-000 | 204.26 | N/A | N/A | 0.00 |
| NOTFILED | CitiMortgage | 7100-000 | 27,075.53 | N/A | N/A | 0.00 |
| NOTFILED | Mankato Mayo Health System | 7100-000 | 902.30 | N/A | N/A | 0.00 |
| NOTFILED | Mankato Clinic, Ltd. | 7100-000 | 4,720.07 | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember Services | 7100-000 | 3,327.47 | N/A | N/A | 0.00 |
| NOTFILED | GECRB/Home Design/GE Capital Retail Bank NHFA | 7100-000 | 3,612.00 | N/A | N/A | 0.00 |
| NOTFILED | Amoco/BP Cardmember Services | 7100-000 | 462.50 | N/A | N/A | 0.00 |
| NOTFILED | Dental Health Clinic | 7100-000 | 1,383.09 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $74,912.28 | $33,182.50 | $33,182.50 | $7,015.11 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-37929  
**Case Name:** COTTRELL, DOUGLAS E  
                COTTRELL, DEBRA A  
**Period Ending:** 09/12/13

**Trustee:** (430140) PAUL W. BUCHER, TRUSTEE  
**Filed (f) or Converted (c):** 12/27/11 (f)  
**§341(a) Meeting Date:** 01/25/12  
**Claims Bar Date:** 05/21/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Homestead located at 1213 South State, Street, N<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 133,700.00 | 0.00 | | 0.00 | FA |
| 2 | Cash in possession of debtors<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Alliance Bank<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 1,929.86 | 0.00 | | 0.00 | FA |
| 4 | Citizens Bank Minnesota<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 14,380.67 | 0.00 | | 0.00 | FA |
| 5 | Usual and customary household goods and<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | DVD's/CD's<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Usual and customary wearing apparel<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 8 | 401(k)/Profit Sharing<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 3,539.44 | 0.00 | | 0.00 | FA |
| 9 | 1/4 interest in mother's estate.<br>   Debtor turned over non-exempt portion of asset. | 11,675.00 | 8,634.39 | | 8,634.39 | FA |
| 10 | 1993 Oldsmobile Cutlass<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 1,157.00 | 0.00 | | 0.00 | FA |
| 11 | 2006 Monte Carlo<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 15,622.00 | 0.00 | | 0.00 | FA |
| 12 | Lawnmower<br>   Orig. Asset Memo: Imported from original petition | 25.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-37929  
**Case Name:** COTTRELL, DOUGLAS E  
                 COTTRELL, DEBRA A  
**Period Ending:** 09/12/13

**Trustee:**    (430140)  PAUL W. BUCHER, TRUSTEE  
**Filed (f) or Converted (c):** 12/27/11 (f)  
**§341(a) Meeting Date:** 01/25/12  
**Claims Bar Date:** 05/21/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Doc# 1 |  |  |  |  |  |
| 13 | Miscellaneous Tools<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 300.00 | 0.00 |  | 0.00 | FA |
| 14 | Snowblower<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 200.00 | 0.00 |  | 0.00 | FA |
| 14 | **Assets**    Totals (Excluding unknown values) | **$184,828.97** | **$8,634.39** |  | **$8,634.39** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2012      **Current Projected Date Of Final Report (TFR):**    May 23, 2013 (Actual)

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-37929 | **Trustee:** PAUL W. BUCHER, TRUSTEE (430140) |
| **Case Name:** COTTRELL, DOUGLAS E | **Bank Name:** Rabobank, N.A. |
| COTTRELL, DEBRA A | **Account:** ******9466 - Checking Account |
| **Taxpayer ID #:** **-***5026 | **Blanket Bond:** $22,048,000.00 (per case limit) |
| **Period Ending:** 09/12/13 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/17/13 | {9} | ESTATE OF ALICE M. THOMPSON | Inheritance | 1129-000 | 8,634.39 | | 8,634.39 |
| 08/13/13 | 101 | US Bank N.A. | Dividend paid 21.14% on $16,600.53; Claim# 3; Filed: $16,600.53; Reference: 0705 | 7100-000 | | 3,509.52 | 5,124.87 |
| 08/13/13 | 102 | eCast Settlement Corporation | Dividend paid 21.14% on $1,953.81; Claim# 4; Filed: $1,953.81; Reference: 9627 | 7100-000 | | 413.05 | 4,711.82 |
| 08/13/13 | 103 | DUNLAP & SEEGER, P.A. | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,619.28 | 3,092.54 |
| | | | Dividend paid 100.00% on $1,613.44; Claim# ; Filed: $1,613.44         1,613.44 | 2100-000 | | | 3,092.54 |
| | | | Dividend paid 100.00% on $5.84; Claim# ; Filed: $5.84         5.84 | 2200-000 | | | 3,092.54 |
| 08/13/13 | 104 | Discover Bank | Combined Check for Claims#1,2 | | | 3,092.54 | 0.00 |
| | | | Dividend paid 21.14% on $10,940.43; Claim# 1; Filed: $10,940.43; Reference: 8626         2,312.92 | 7100-000 | | | 0.00 |
| | | | Dividend paid 21.14% on $3,687.73; Claim# 2; Filed: $3,687.73; Reference: 0715         779.62 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,634.39 | 8,634.39 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 8,634.39 | 8,634.39 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,634.39** | **$8,634.39** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******9466** | 8,634.39 | 8,634.39 | 0.00 |
| | **$8,634.39** | **$8,634.39** | **$0.00** |

{} Asset reference(s)                                                                                                    Printed: 09/12/2013 11:09 AM   V.13.13